UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
JEFFREY LEIBSTEIN and ELENA                               ORDER
 LEIBSTEIN                                                CV-06-6460  DRH

            -against-

LaFARGE NORTH AMERICA, INC.,
LaFARGE BUILDING MATERIALS, INC.,
THE HOME DEPOT, INC.
-----------------------------------------------------X


   IT IS HEREBY ORDERED that all parties appear in person on  **THURSDAY, AUGUST 19, 2010 AT 11:00 AM** before Hon. Denis R. Hurley in Courtroom 930 of the Federal Courthouse, 100 Federal Plaza, Central Islip, New York 11722 for a Final Pre-trial / Settlement conference.  Counsel for all parties shall have full authority to settle the case or have their principals available by telephone.

   Counsel shall submit a letter, not to exceed  three pages in length, stating their settlement positions. The letters should be sent to Chambers or faxed to (631) 712-5651 and received by Monday, August 16, 2010.  <u>DO NOT</u> file these letters on ECF**.**

   If the case cannot settle, a trial date will be set at the conference.

   Any request for adjournment must be made in writing at least one week prior to the scheduled appearance.  Adjournments will be granted only upon consent of all parties and upon good cause shown.

   SO ORDERED.

Dated: Central Islip, New York
   July 14, 2010

                 /S/
                 Denis R. Hurley
                 United States District Judge