BEFORE JUDGE DENIS R. HURLEY:

CIVIL CAUSE FOR IN LIMINE MOTIONS

DATE:  NOVEMBER 15, 2010          AT:  2:30 - 5:15 PM
DOCKET NUMBER:     CV-06-6460

TITLE:    LEIBSTEIN   V.   LA FARGE, ET AL.

APPEARANCES:  FOR PLAINTIFFS:  JAY DANKNER ; IAN
              FOR DEFENDANTS:  CHRIS POTENZA; HARRY MOONEY

COURT REPORTER: OWEN WICKER / STEPHANIE PICOZZI

 X       CASE CALLED FOR ARGUMENT ON THE IN LIMINE MOTIONS

 X       COUNSEL FOR ALL SIDES PRESENT.


 X       THE FOLLOWING RULINGS WERE MADE:

- PLAINTIFFS' MOTION TO USE POWER POINT ( #66) IS GRANTED.
- PLAINTIFFS' MOTION FOR USE OF STATISTICAL DEFENSE (#65) IS DENIED WITHOUT PREJUDICE IF A PROPER FOUNDATION IS LAID
- PLAINTIFFS' MOTION FOR LIMITED TESTIMONY OF STEPHEN YOUNG ( # 67) IS DENIED AS MOOT.
- PLAINTIFFS' MOTION TO LIMIT TESTIMONY OF STEPHEN YOUNG AS TO PRACTICES OF OTHERS (# 68) IS DENIED.

- DEFENDANTS' MOTION (#69) IS GRANTED IN PART AND DENIED IN PART AS STATED ON THE RECORD.

PLAINTIFFS WITHDRAW CLAIMS 1, 3, 4, 5, AND 7 IN THE COMPLAINT.  ONLY CLAIMS 2, 6, AND 8 WILL BE PRESENTED TO THE JURY.