AO 450 (Rev. 5/85) Judgment in a Civil Case
═══════════════════════════════════════════════════════════════════════════════

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**JEFFREY LEIBSTEIN AND ELENA**          CIVIL JUDGMENT
**LEIBSTEIN**          CV-06-6460 (DRH)

    `-against-`

**LAFARGE NORTH AMERICA INC.,**
**LAFARGE BUILDING MATERIALS, INC.,**
`one or more of which d/b/a`
**LAFARGE CORP. and THE HOME DEPOT**

-----------------------------------------------------------X


  X    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict on November 29, 2010.

       Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


       IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiff, ELENA LEIBSTEIN

take nothing from defendants, and Plaintiff, JEFFREY LEIBSTEIN is awarded

$209,000.00 less 40% for plaintiff's comparative fault, for an award of $125,400.00.

       All other claims against defendants have been dismissed.

       The case is closed with prejudice.


Dated:  NOVEMBER 29, 2010                 ROBERT C. HEINEMANN
       Central Islip, New York                 CLERK OF THE COURT
                                                                 By: PATRICIA BEST
                                                                      Deputy Clerk