```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
JEFFREY LEIBSTEIN and ELENA
LEIBSTEIN,                                          **AMENDED ORDER**
              Plaintiffs,                           CV-06-6460(DRH)

        -against-

LAFARGE NORTH AMERICA, INC.,
LAFARGE BUILDING MATERIALS,
INC., one or more of which are
d/b/a/ LAFARGE CORP., and THE
HOME DEPOT, INC.,

              Defendants.
-------------------------------X
```

A P P E A R A N C E S:

Attorneys for Plaintiffs:
    Dankner & Milstein, P.C.
    41 East 57th Street
    New York, New York  10022

Attorneys for Defendants:
    Harry F. Mooney
    Hurwitz & Fine, PC
    1300 Liberty Building
    Buffalo, New York  14202

HURLEY, Senior District Judge

    With reference to the decision that was previously issued in the above caption case on February 14, 2011, please note the following correction:

    1.  Page 16, second paragraph, line 2; the word "disposed" should read "deposed."

    Please replace the earlier decision dated February 14, 2011, with the enclosed copy bearing today's date.

    SO ORDERED.

Dated:  Central Islip, New York
       February 15, 2011

                                      _____/S/_____
                                      DENIS R. HURLEY, U.S.D.J.